KNOMARK MANUFACTURING CO., INC., Respondent, v. MANHATTAN DIAL MANUFACTURING CO., INC., Appellant.— Action to recover for damage to merchandise, caused by reason of alleged negligence of defendant in failing to repair a roof. Order granting new trial and vacating order dismissing complaint, which latter order was made in accordance with granting of motion

at the close of plaintiff's case, and vacating the judgment entered in accordance therewith, unanimously affirmed, with costs to abide the event. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.